COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:        Gerald Allen Perry v. John B. Holmes

Appellate case number:   01-10-01072-CV

Trial court case number:  2009-62814

Trial court:                       151st District Court of Harris County

On September 9, 2009, appellant, Gerald Allen Perry, filed a petition naming Debbie Mantooth Stricklin and John B. Holmes as defendants. Appellant's case was dismissed on November 17, 2010 for want of prosecution, for failing to serve either of the named defendants. Appellant timely appealed.

Appellant filed his brief on October 15, 2012. Because appellant's case was dismissed by the trial court for failure to serve any defendant, there is no appellee in this case. Accordingly, the case is hereby set at issue.

It is so ORDERED.


Judge's signature: /s/ Jim Sharp, Jr.
                           ☑ Acting individually    ☐ Acting for the Court

Date: December 11, 2012